at all. I've been advised that the attorney for Mr. Ambrister doesn't think he's going to make it, so we'll take his portion of the case on submission, and if the city would like to argue, you're free to do so. May it please the Court, Carneville, for the appellees. I will also rest on my brief unless the Court has any questions. Yes, I guess I do have one question. One of the issues that was interesting to me, there's this distinction between speculating that a school can't deliver on the plan and allegations that the school can't, like it's impossible not that I'm speculating. And one of the pieces in this case that fits into that framework is this allegation that this plan contemplates a significant amount, a significant number of hours of OT work. I think it's four sessions a week, one hour apiece. And the allegation is that there's 280 students at this school and only four OTs, and that that essentially raises enough questions to require the defendant to explain how it is that they think they can deliver these services beyond just saying, trust me, trust me, Your Honor, we can. And I'm wondering whether there is any evidence presented beyond trust me, we can to address this concern. Absolutely. And actually, the February 2022 IEP provided for five 60-minute sessions of individual occupational therapy. And before the independent hearing officer, the assistant principal of the Horan School testified in exactly or in response to a very similar question that not all of the students at the Horan School receive occupational therapy. So the gross number of students versus the number of occupational therapists is not a valid comparison. And secondly, she testified that the school was capable of providing those services, and if they had to, could hire contract occupational therapists. As is true for all employment situations, employment levels can fluctuate. There can be more or less occupational therapists, and the DOE has policies and procedures in place to allow for contract hiring to cover OT. Thank you. All right. Thank you very much. We'll reserve the decision.